United States District Court

Eastern District of California

Jesse Clyde Burleson,

    Plaintiff,　　　　　　　　No. Civ. S 00-2591 DFL PAN P

  vs.　　　　　　　　　　　　Order

Felipe M. Samson, et al.,

    Defendants.

-oOo-

April 15, 2005, plaintiff requested an extension of time to oppose summary judgment. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: April 26, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge