United States District Court

Eastern District of California

Jesse Clyde Burleson,

    Plaintiff,  No. Civ. S 00-2591 DFL PAN P

  vs.  Order

Felipe M. Samson, et al.,

    Defendants.

-oOo-

Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  Pursuant to the schedule made September 22, 2004, pretrial conference is set for July 1, 2005.  Trial is set for September 26, 2005.  Defendants' motion for summary judgment is pending.  Therefore these dates are vacated.

So ordered.

Dated: May 10, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge