UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE CLYDE BURLESON   v.   FELIPE M. SAMSON, *ET AL*

DATE: September 12, 2007                                   CASE NO. 2:00-cv-02591-JKS

THE HONORABLE JAMES K SINGLETON, JR.

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
                          **Re: Motion at Docket No. 82**

  At Docket No. 82 Plaintiff has filed a motion for summary judgment. The time for filing dispositive motions has long since lapsed (see Docket No. 37 setting March 11, 2005 as the last day for filing pretrial motions). Accordingly, the motion is untimely.

  IT IS ORDERED THAT the Motion for Summary Judgment at Docket No. 82 is **DENIED**.

[MO Mtn at Dkt 82.wpd]