Case 2:00-cv-02591-JKS-EFB   Document 106   Filed 09/25/07   Page 1 of 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JESSE CLYDE BURLESON,<br><br>                    Plaintiff,<br><br>v.<br><br>FELIPE M. SAMSON, et al.,<br><br>                    Defendants. | No. 2:00-CV-2591 JKS EFB P<br><br>**ORDER FOR JUDGMENT** |

**ORDER**

The parties having stipulated on the record on September 17, 2007, that this matter shall be dismissed with prejudice in exchange for the payment of $5,000 from Defendants to Plaintiff.

Accordingly, IT IS ORDERED that this action is dismissed with prejudice.

DATED:   September 25, 2007.

/s/ James K. Singleton
JAMES K SINGLETON, JR.
United States District Court Judge

30331941.wpd

1

Order for Judgment